UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV00545 |
| ) | (PLF) |
| DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), the defendants (District of Columbia, Ruth R. Banks, Ronald A. Young, Jennifer M. Long, Keith Anderson) (collectively, the defendants) hereby move this Honorable Court for an extension of time, up to and including April 27, 2006 to answer or otherwise respond to Plaintiff's complaint. Defendants' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7(m), undersigned counsel discussed the subject motion with plaintiff's counsel, who consented to the relief requested herein.

WHEREFORE, the above-referenced defendants respectfully request that this Honorable Court grant the Defendants' Consent Motion for Extension of Time.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/ Richard S. Love_____
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I Section


_____/s/ John D. Dodge_____
JOHN D. DODGE, D.C. Bar No. 451305
Assistant Attorney General
Office of Attorney General
Equity 1 Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6627
Facsimile: (202) 727-0431

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06CV00545<br>(PLF) |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants (District of Columbia, Ruth R. Banks, Ronald A. Young, Jennifer M. Long, Keith Anderson) (collectively, the defendants), by and through undersigned counsel, respectfully submit this Memorandum of Points and Authorities in Support of their Consent Motion for Extension of Time, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). In support of the instant motion, the defendants state as follows:

1. Plaintiff's Complaint, filed on March 23, 2006 consisted of 16 pages of detailed alleged facts.

2. Many of the documents relating to the alleged facts need to be located, verfied and/or discussed with various individual defendants.

3. The defendants' response to plaintiff's complaint would be due on or before April 13, 2006, pursuant to Fed. R. Civ. P. 12(a)(1)(A).

4. A brief extension of time is needed to review relevant documents, investigate and research plaintiff's claims and prepare an appropriate response for the Court's consideration.

5. The defendants respectfully request an extension of two weeks, up to and including, April 27, 2006, to prepare their response.

6. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

7. This enlargement is not sought for any improper purpose, but to complete an appropriate submission for consideration by this Court. Moreover, plaintiff's counsel has consented to the relief requested herein.

8. Based on the above, the defendants respectfully request that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), granting an extension of time to respond to plaintiff's complaint up to and including April 27, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/ Richard S. Love_____
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I Section

_____/s/ John D. Dodge_____
JOHN D. DODGE, D.C. Bar No. 451305
Assistant Attorney General
Office of Attorney General
Equity 1 Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6627
Facsimile: (202) 727-0431