UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV00545 |
| ) | (PLF) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the Defendants' (District of Columbia, Ruth R. Banks, Ronald A. Young, Jennifer M. Long, Keith Anderson) (collectively, the defendants) Consent Motion For Extension of Time, the Memorandum of Points and Authorities in Support thereof, plaintiff's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is on this _____ day of _____, 2006:

ORDERED, that the Defendants' Consent Motion For Extension of Time be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the defendants are to file their response to plaintiff's Complaint on or before April 27, 2006.

DATE: _____          _____
                                  PAUL L. FRIEDMAN
                                  United States District Judge