UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>           Defendants. | Civil Action No. 1:06CV00545<br>(JR) |

### **ORDER**

Upon consideration of the Defendants' Motion To Dismiss, the Memorandum of Points and Authorities in Support thereof and in opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Motion To Dismiss is GRANTED, and it is

FURTHER ORDERED, that the Complaint is hereby DISMISSED with prejudice.

SO ORDERED.


DATE: _____            _____
                                                                       JAMES ROBERTSON
                                                                       United States District Judge