```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

RITTENHOUSE, LLC              )
                              )
         Plaintiff,           )
                              )
    v.                        )   Civil Action No. 1:06CV00545
                              )   (JR)
DISTRICT OF COLUMBIA, et al., )
                              )
         Defendants.          )
                              )
```

## ORDER

Upon consideration of the Defendants' Motion to Dismiss, the Memorandum of Points and Authorities in support thereof and the Opposition thereto, the record herein, and all parties having been heard in this matter, it is hereby this ____ day of _____ 2006

ORDERED, that Defendants' Motion to Dismiss is hereby DENIED.

                                                     _____
                                                     James Robertson
                                                     United States District Judge

288696v1