```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

RITTENHOUSE, LLC              )
                              )
        Plaintiff,            )
                              )
     v.                       )    Civil Action No. 1:06CV00545
                              )    (JR)
DISTRICT OF COLUMBIA, et al., )
                              )
        Defendants.           )
                              )
```

## SUPPLEMENTAL MEMORANDUM OF PLAINTIFF RITTENHOUSE, LLC ON MOTION TO DISMISS

In connection with the Motion to Dismiss scheduled for oral argument on June 1, 2006, Plaintiff Rittenhouse, LLC hereby files the attached three Notices issued by the Defendant Rental Housing Commission, as Plaintiff's Exhibit 1, 2 and 3.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: May 31, 2006

/s/ Vincent Mark J. Policy
Vincent Mark J. Policy, #204701
Richard W. Luchs #243931
M. Ryan Jenness #479076
1620 L Street, N.W.
Suite 900
Washington, DC 20036-5605
Telephone: (202) 452-1400

Counsel for Plaintiff Rittenhouse, LLC

2

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing Supplemental Memorandum was served by first class mail, postage prepaid on this 31st day of May, 2006 to:

>Bernard A. Gray, Sr., Esq.
>2009 18th Street, S.E.
>Washington, D.C.  20020-4201


>/s/Vincent Mark J. Policy
>Vincent Mark J. Policy

290310v1