## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

**Rental Housing Commission**



TP 25,072

In re: 829 Quincy Street, N.W.

Ward Four (4)

TENANTS OF 829 QUINCY STREET, N.W.
Tenants/Appellants

v.

BERNSTEIN MANAGEMENT COMPANY
Housing Provider/Appellee

### NOTICE TO THE PARTIES

May 4, 2006

On August 18, 2005, a notice of appeal was filed in the above captioned matter. On August 18, 2005, in accordance with 14 DCMR § 3804 (2004), the Commission requested "in writing that the Rent Administrator forward the complete record of the case including all tape recordings made at any hearing held before the hearing examiner." 14 DCMR § 3804.1 (2004). The Commission made additional written requests for the record and numerous telephone calls to the Rent Administrator's office in an effort to receive the record. However, as of May 4, 2006, the Commission has not received the certified record.

When the Commission receives the certified record from the Rent Administrator, the Commission will advise the parties of their right to file briefs pursuant to 14 DCMR § 3802 (2004), schedule the matter for a hearing, or take other appropriate action.

Should you have questions or require additional information, please do not hesitate to contact the Acting Rent Administrator, Keith Anderson, at (202) 442-4477 or the Commission's Contact Representative, LaTonya Miles, at (202) 442-9535.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice to the Parties in TP 25,072 was mailed by priority mail with delivery confirmation, postage prepaid, this 4th day of May 2006 to:

Tenants of 829 Quincy Place
c/o Marlo Johnson
829 Quincy Street, N.W.
Unit 511
Washington, D.C. 20011

Richard Luchs, Esquire
Greenstein, DeLorme & Luchs, L.L.P.
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036

_____
LaTonya Miles
Contact Representative
(202) 442-8949

cc:  Neil Stanley
     Deputy Director for Licensing and Permitting

     Keith Anderson
     Acting Rent Administrator