**EXHIBIT 2**

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
# DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

**Rental Housing Commission**



In re:  Newton Properties, LLC
1823 Newton Street, N.W.

### NOTICE TO THE PARTIES

May 4, 2006

On January 19, 2006, a notice of appeal was filed in the above captioned matter. On January 19, 2006, in accordance with 14 DCMR § 3804 (2004), the Commission requested in writing that the Rent Administrator forward the complete record of the case. 14 DCMR § 3804.1 (2004). The Commission made additional written requests for the record and numerous telephone calls to the Rent Administrator's office in an effort to receive the record. However, as of May 4, 2006, the Commission has not received the certified record.

When the Commission receives the certified record from the Rent Administrator, the Commission will advise the parties of their right to file briefs pursuant to 14 DCMR § 3802 (2004), schedule the matter for a hearing, or take other appropriate action.

Should you have questions or require additional information, please do not hesitate to contact the Acting Rent Administrator, Keith Anderson at (202) 442-4477 or the Commission's Contact Representative, LaTonya Miles, at (202) 442-9535.

---

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice to the Parties In re: Newton Properties, LLC was mailed by priority mail with delivery confirmation, postage prepaid, this 4th day of May 2006 to:

Richard W. Luchs, Esquire
Roger D. Luchs, Esquire
Greenstein, DeLorme & Luchs, LLP
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036-5605

Jonathan Tyco, Esquire
Tyco Zavareei & Spiva, LLP
2000 L Street, N.W.
Suite 808
Washington, D.C. 20036

_____
LaTonya Miles
Contact Representative
(202) 442-8949


cc: Neil Stanley
    Deputy Director for Licensing and Permitting

    Keith Anderson
    Acting Rent Administrator