EXHIBIT 3

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
# DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

**Rental Housing Commission**



TP 28,270

In re: 3133 Connecticut Avenue, N.W., Unit 829

KLINGLE CORPORATION, et al.
Housing Provider/Appellant/Cross Appellee

v.

CHRISTINE BURKHARDT
Tenant/Appellee/Cross Appellant

## NOTICE TO THE PARTIES

May 4, 2006

On September 30, 2005 and October 3, 2005 the parties filed cross appeals in the Commission. On October 3, 2005, in accordance with 14 DCMR § 3804 (2004), the Commission requested "in writing that the Rent Administrator forward the complete record of the case including all tape recordings made at any hearing held before the hearing examiner." 14 DCMR § 3804.1 (2004). The Commission made additional written requests for the record and numerous telephone calls to the Rent Administrator's office in an effort to receive the record. However, as of May 4, 2006, the Commission has not received the certified record.

When the Commission receives the certified record from the Rent Administrator, the Commission will advise the parties of their right to file briefs pursuant to 14 DCMR § 3802 (2004), schedule the matter for a hearing, or take other appropriate action.

Should you have questions or require additional information, please do not hesitate to contact the Acting Rent Administrator, Keith Anderson at (202) 442-4477 or the Commission's Contact Representative, LaTonya Miles, at (202) 442-9535.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice to the Parties in TP 28,270 was mailed by priority mail with delivery confirmation, postage prepaid, this 4th day of May 2006 to:

Richard W. Luchs, Esquire
Roger D. Luchs, Esquire
Greenstein, DeLorme & Luchs, L.L.P.
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036-5605

Tanya Marhefka
Assistant Vice President and General Manager
Kennedy-Warren Apartments
3133 Connecticut Avenue, N.W.
Washington, D.C. 20008

Christine Burkhardt
3133 Connecticut Avenue, N.W.
Unit 829
Washington, D.C. 20008

LaTonya Miles
Contact Representative
(202) 442-8949


cc: Neil Stanley
   Deputy Director for Licensing and Permitting

   Keith Anderson
   Acting Rent Administrator