```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

RITTENHOUSE, LLC               )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 1:06CV00545
                               )    (JR)
DISTRICT OF COLUMBIA, et al., )
                               )
          Defendants.          )
                               )
```

**MOTION OF PLAINTIFF RITTENHOUSE, LLC FOR CLERK TO ENTER DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Rittenhouse, LLC hereby moves that the Clerk of this Court enter the default of Defendant Rittenhouse Tenants Association, Inc. for failure to appear in this action.

<u>Memorandum of Points and Authorities</u>

In support of this Motion, Plaintiff Rittenhouse, LLC submits the following Point and Authorities:

1. Rule 55(a) of the Federal Rules of Civil Procedure.

2. The attached Affidavit in Support of Default.

3. The attached Military Affidavit.

4. The attached Return of Service as to the Defendant Rittenhouse Tenants Association, Inc.

5. The attached Default Form CO-40.

Wherefore, this Motion should be granted and Defendant Rittenhouse Tenants Association, Inc. should be declared to be in default.

                                            Respectfully submitted,

                                            GREENSTEIN DELORME & LUCHS, P.C.

                                            /s/ Vincent Mark J. Policy

Dated: June 8, 2006                Vincent Mark J. Policy, #204701
                                            Richard W. Luchs #243931
                                            M. Ryan Jenness #479076
                                            1620 L Street, N.W.
                                            Suite 900
                                            Washington, DC 20036-5605
                                            Telephone: (202) 452-1400

                                            Counsel for Plaintiff Rittenhouse, LLC

290849v1