CO-538  
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1: 06CV00545 (JR) |
| ) | |
| Rittenhouse Tenants Association, Inc. ) | |
| ) | |
| Defendants ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

    I hereby certify under penalty of perjury, this 8th day of June, 2006, that I am the attorney of record for the Plaintiff in the above-entitled case; that the Defendant Rittenhouse Tenants Association, Inc. was personally served with process on April 3, 2006 by personally handing a copy of the Summons and Complaint to Lorena Cabaniss, President of Defendant Rittenhouse Tenants Association, Inc., who was authorized to accept service.

    I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the Plaintiff; no extension has been given and the time for filing has expired; that the Defendant Rittenhouse Tenants Association, Inc. is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant(s).

                                                  /s/ Vincent Mark J. Policy  
                                                  Attorney for Plaintiff [signature]

                                                  Vincent Mark J. Policy  
                                                1620 L Street, Suite 900  
                                                Washington, D.C.  20036  
                                                (202) 452-1400

#204701 (D.C.)  
Bar Id. Number