# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, | SUMMONS IN A CIVIL CASE |
| Plaintiff, | |
| V. | |
| District of Columbia<br>Ruth R. Banks<br>Ronald A. Young<br>Jennifer M. Long<br>Keith Anderson<br>Rittenhouse Tenants Association, Inc. | CASE NUMBER  1:06CV00545<br>JUDGE: Paul L. Friedman<br>DECK TYPE: Civil Rights (non-employme:<br>DATE STAMP: 03/23/2006 |

**TO:** (Name and address of Defendant)

Rittenhouse Tenants Association, Inc.
c/o Joan E. Tillman, Registered Agent
6101 16th Street, N.W.
Apartment 721
Washington, D.C. 20011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent Mark J. Policy, Esq.
Greenstein, DeLorme & Luchs, P.C.
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     MAR 2 3 2006
CLERK                                                                          DATE

_/s/ Maureen Heggins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) * | DATE 4/03/06 | TIME 7:30 AM |
| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

    ☒  Other (specify):  **By serving Lorena M. Cabanis, President, authorized to accept. Service was completed at 6101 16th Street, NW, Apartment 721, Washington, DC 20011.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on   4/03/06<br>               Date                    Signature of Server<br><br>                                      Capitol Process Services, Inc.<br>                                      1827 18th Street, NW<br>                                      Washington, DC 20009<br>                                      (202) 667-0050<br>                                        *Address of Server* |

    *Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.