CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

RITTENHOUSE, LLC  )
  )
  )
      Plaintiff,  )
  )
v.  )
  )
  )
Rittenhouse Tenants Association, Inc.,  )
  )      Civil Action No. 1:06CV00545 (JR)
      Defendant  )
  )

**DEFAULT**

    It appearing that Defendant Rittenhouse Tenants Association, Inc. failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 3rd day of April, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, 2006, declared that Defendant Rittenhouse Tenants Association, Inc. herein is in default.

                                                                 Nancy M. Mayer-Whittington, Clerk


                                          By_____
                                                           Deputy Clerk

290671v1