# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

RITTENHOUSE, LLC,

          Plaintiff,

          V.

District of Columbia
Ruth R. Banks
Ronald A. Young
Jennifer M. Long
Keith Anderson
Rittenhouse Tenants Association, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:06CV00545

JUDGE: Paul L. Friedman

DECK TYPE: Civil Rights (non-employme:

DATE STAMP: 03/23/2006

**TO:** (Name and address of Defendant)

Rittenhouse Tenants Association, Inc.
c/o Joan E. Tillman, Registered Agent
6101 16th Street, N.W.
Apartment 721
Washington, D.C. 20011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent Mark J. Policy, Esq.
Greenstein, DeLorme & Luchs, P.C.
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAR 23 2006
CLERK                                           DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| * Service of the Summons and complaint was made by me(1) | DATE 4/03/06 | TIME 7:30 AM |
| NAME OF SERVER *(PRINT)* Daniel F. Portnoy | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __By serving Lorena M. Cabanis, President, authorized to accept. Service was completed at 6101 16th Street, NW, Apartment 721, Washington, DC 20011.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/03/06
                 Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.