UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
RITTENHOUSE, LLC               )
                               )
            Plaintiff,         )
                               )
     v.                        )    Civil Action No. 1:06CV00545
                               )    (JR)
                               )
DISTRICT OF COLUMBIA, et al.,  )
                               )
            Defendants.        )
_____)
```

**SCHEDULING ORDER**

Upon consideration of the pleadings in this matter to date, it is, by the Court, this ____ day of _____, 2006, hereby ORDERED:

1. Defendants will file its Answer on or before **June 15, 2006.**

2. The parties shall make their Fed.R.Civ.P 26(a)(1) initial disclosures no later than **July 2, 2006.**

3. The parties shall serve all written Discovery Requests no later than **August 31, 2006.**

4. All Fact Depositions shall be completed by no later than **November 1, 2006.** Each party shall be permitted to take _____ depositions.

5. Plaintiff's Rule 26(b)(4) Expert Report, if one is prepared, shall be submitted no later than **August 31, 2006.**

6. Defendants' Rule 26(b)(4) Expert Report, if one is prepared, shall be submitted no later than **September 29, 2006.**

7. All expert depositions, and all discovery, shall be completed no later than **December 29, 2006.**

8. All dispositive motions shall be filed no later than **February 28, 2007.**

9. The Pretrial Conference shall be scheduled during week of **May 1, 2007.**

10. The Trial shall be scheduled at the Pretrial Conference.

DATE:_____      _____
                                   JAMES ROBERTSON
                                   United States District Judge

Copies to:

GREENSTEIN DELORME & LUCHS, P.C.
Vincent Mark J. Policy
1620 L Street, N.W. #900
Washington, D.C. 20036

John D. Dodge #451305
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

2