UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RITTENHOUSE, LLC,            :
                             :
        Plaintiff,           :
                             :
    v.                       :  Civil Action No. 06-0545 (JR)
                             :
DISTRICT OF COLUMBIA, *et al*., :
                             :
        Defendants.          :

### ORDER

The proposed schedule submitted with the parties' Rule 16.3 statement [10] is **disapproved**. This is essentially a suit for injunctive relief to redress delays and processing problems within the D.C. Rental Housing Commission. The parties' proposal for a full year of discovery and motions practice seems calculated to exacerbate the problem. Trial, or whatever evidentiary hearing will be necessary to resolve this matter, is set for **9:30 a.m. November 20, 2006.** A status and pretrial conference is set for **3:00 p.m. October 6, 2006.** The parties are directed to meet and confer again, and to set for themselves a schedule for discovery and motions that will fit this pretrial and trial schedule. It is **SO ORDERED.**

                                    JAMES ROBERTSON
                              United States District Judge