# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rittenhouse, LLC, | > | |
|     Plaintiff, | > | |
|     v. | > | CIVIL ACTION NO. 1:06CV00545 |
| | | Judge Paul L. Friedman |
| District of Columbia, et al., | > | |
|     Defendants. | > | |

### MOTION TO SET ASIDE DEFAULT

The Defendant Rittenhouse Tenants Association, Inc., by and through counsel, requests the court to set aside the default pursuant to Rule 55(c) entered on June 9, 2006 and accept the lodged Answer and Counterclaim for filing.

As reason therefore, the court is referred to the accompanying Memorandum of Points and Authorities.

                                                  Respectfully submitted,

                                                  / S /
                                                Bernard A. Gray, Sr., 955013
                                                2009 18th Street, S.E.
                                                Anacostia, DC 20020-4201
                                                202 610-5300; Fax 202 678 6887
                                                Counsel for Defendant Rittenhouse Tenants Association

721.07

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was faxed, hand delivered and/or mailed postage-paid 6/21/06 to the following:

Counsel for Plaintiff Vincent Mark J. Policy, Greenstein, DeLorme & Luchs, P.C., 1620 L Street, N.W. Suite 900, Washington, D.C. 20036 and Counsel for Defendants District of Columbia, Banks, Young, Long and Anderson, Robert J. Spagnoletti, 441 4th Street, N.W., 6th Floor, Washington, D.C. 20001.

/ S /
Bernard A. Gray, Sr.

# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rittenhouse, LLC, | > | |
| Plaintiff, | > | |
| v. | > | CIVIL ACTION NO. 1:06CV00545 |
| | | Judge Paul L. Friedman |
| District of Columbia, et al., | > | |
| Defendants. | > | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SET ASIDE DEFAULT

PRELIMINARY STATEMENT:

A copy of the Complaint upon receipt by the Defendant Rittenhouse, was forwarded to undersigned counsel. Counsel, after drafting the answer and counterclaim, received a copy of the Motion to Dismiss filed herein. Counsel set the Answer and counterclaim aside to await the outcome of the Motion to Dismiss. When Counsel received notice of the disposition of the Motion to Dismiss. Counsel completed the answer and counterclaim. However, when he attempted to file the pleadings he could not because the pleading were not in Adobe. Counsel believing that he had time before the Default would be entered, scheduled himself for class and purchased the Adobe program. Counsel is now in a position to file all papers timely and fully participate in the Court's program.

DISCUSSION:

The Court has three criteria to consider when deciding whether to set aside a default:

1. Was the default willful;

2. Will the Plaintiff be prejudice; and

3. Is the defense meritorious.  See: Jackson v. Beech, 1980 CDC 0313

3

1. The Defendant Rittenhouse forwarded the Complaint to Counsel upon its receipt. Counsel drafted the Answer and Counterclaim upon receipt with the intent on promptly filing the pleadings. Counsel made an error in judgment in waiting to file after the decision on the Motion to Dismiss. After the Motion to dismiss was ruled upon, Counsel had trouble filing the pleadings due to software not being compatible with the Court's and this being the first time filing under the new Court system.

2. At this early stage of the litigation there is no prejudice to the Plaintiff.

3. The Defendant has a meritorious defense. In this case the Defendant Rittenhouse, suffers as much as or more than the Plaintiff. All of the Tenants, except for maybe 10 or less who are paying the increase portion of their rent into the D.C. Superior Court registry, are paying the increase rent to the Plaintiff while this case is pending and their attorney's fees are increasing.

Wherefore, the Defendant requests the court to set aside the default and allow the Clerk to accept the lodged Answer and Counterclaim for filing.

/ S /
Bernard A. Gray, Sr., 955013
2009 18th Street, S.E.
Anacostia, DC 20020-4201
202 610-5300; Fax 202 678 6887
Counsel for Defendant Rittenhouse Tenants Association