# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Rittenhouse, LLC,  >

    Plaintiff,  >

  v.  >  CIVIL ACTION NO. 1:06CV00545
        Judge Paul L. Friedman

District of Columbia, et al.,  >

    Defendants.  >

### ORDER

Upon consideration of the Motion to Set Aside the Default, the Opposition, if any, and the record herein, it is this _____ day of _____, 2006:

ORDERED that the Motion to Set Aside the Default be and hereby is granted, and it is further;

ORDERED that the Clerk is to accept the lodged Answer and Counterclaim for filing.

By the Court,

_____
Judge Paul L. Friedman

cc: Bernard A. Gray, Sr., Esquire
    2009 18th Street, S.E.
    Anacostia, DC 20020-4201
    Counsel for Defendant Rittenhouse Tenants Association

Vincent Mark J. Policy, Esquire
1620 L Street, N.W. Suite 900
Washington, D.C. 20036
Counsel for Plaintiff

Robert J. Spagnoletti, Esquire
441 4th Street, N.W. 6th Floor
Washington, D.C. 20001
Counsel for Defendants District of Columbia, Banks, Young, Long and Anderson

721.07