UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC,           )<br>          Plaintiff,        )<br>                             )<br>v.                           )<br>                             )<br>DISTRICT OF COLUMBIA, et al., )<br>          Defendants.       ) | Civil Action No. 1:06CV00545<br>                (JR) |

THE PARTIES' SUPPLEMENTAL STATEMENT REGARDING SCHEDULING ORDER
PURSUANT TO LOCAL CIVIL RULE 16.3

Pursuant to this Court's June 14, 2006 Order that the Parties meet and confer again and set forth a schedule for discovery and motions, Plaintiff Rittenhouse, LLC and Defendants District of Columbia and, for purposes of injunctive relief, Ruth R. Banks in her capacity as Chairperson of the District of Columbia Rental Housing Commission, Ronald A. Young in his capacity as Commissioner of the District of Columbia Rental Housing Commission, Jennifer M. Long in her capacity as Commissioner of the District of Columbia Rental Housing Commission, and Keith Anderson in his capacity as Acting Rent Administrator of the District of Columbia (collectively, the "District of Columbia") (Rittenhouse, LLC and the District of Columbia are referred to collectively as the "Parties"), by their respective counsel and pursuant to LCvR 16.3, hereby submit their Statement Regarding Scheduling Order.[1]

---

[1] It is the District of Columbia's position that Defendants Banks, Young, Long and Anderson should not be continued as parties as they were dismissed in their individual and official capacities at the June 1, 2006 hearing. It is Plaintiff Rittenhouse, LLC's position that they should remain parties for purposes of injunctive relief. Fox v. District of Columbia, 1992 U.S. Dist. Lexis 8517 (D.D.C. 1992). This issue need not be resolved by this Statement.

1

In this Supplemental Statement, the parties address the discovery schedule which they have agreed upon.  The background of this case as well as the remaining items required by Local Civil Rule 16.3 are set forth in the June 14, 2006 Statement by the Parties.

The Parties have agreed upon the following revised schedule:

| | | |
|---|---|---|
| 1. | Deadline for Initial Disclosure under 26(a)(1) | 7/1/06 |
| 2. | Deadline for Service of Written Discovery Requests | 7/1/06 |
| 3. | Deadline for Responses to Written Discovery Requests | 7/31/06 |
| 4. | Deadline for Completion of Fact Depositions | 8/31/06 |
| 5. | Plaintiff's Rule 26(b)(4) Statement | 7/15/06 |
| 6. | Defendants' Rule 26(b)(4) Statement | 8/15/06 |
| 7. | Deadline for Completion of all Discovery, including Expert Depositions | 8/31/06 |
| 8. | Deadline for Filing Dispositive Motions | 9/15/06 |
| 9. | Deadline for Filing Pretrial Statement | 9/25/06 |
| 10. | Pretrial Conference | 10/6/06 at 3:00 p.m. |
| 11. | Trial | 11/20/06 at 9:30 a.m. |

Additionally, Plaintiff Rittenhouse, LLC has proposed the Deposition Schedule attached hereto as <u>Exhibit A</u>.  The Defendants agree to this Schedule, except they object to the Plaintiff taking the deposition of  Keith Anderson, the Rent Administrator, and from Rental Housing Commissioners Ruth R. Banks, Jennifer M. Long, Ronald A. Young, and from Hearing Examiner Carl Bradford as they are officials responsible for adjudicating/resolving the underlying

2

Petition for Capital Improvement at the administrative level.  The Plaintiff's position is that it has the right to take the depositions of these persons.  As such, the Parties agree that Defendants reserve the right to move for a protective order within ten (10) days of receipt of a Notice of Deposition.

    C.    <u>Proposed Scheduling Order</u>.

The parties have attached hereto a proposed Scheduling Order setting forth the agreed upon dates.

WHEREFORE, the Parties respectfully submit their Supplemental Statement Regarding Scheduling Order Pursuant to Local Rule 16.3.

                      GREENSTEIN DELORME & LUCHS, P.C.

                      <u>/s/ Vincent Mark J. Policy</u>
                      Vincent Mark J. Policy #204701
                      Richard W. Luchs #243931
                      M. Ryan Jenness #479076
                      1620 L Street, N.W. #900
                      Washington, D.C. 20036
                      Tel: (202) 452-1400
                      Facsimile: (202) 452-1410
                      Email: vmp@gdllaw.com

                      Counsel for Plaintiff Rittenhouse, LLC

                      ROBERT J. SPAGNOLETTI
                      Attorney General for the District of
                      Columbia

                      GEORGE C. VALENTINE
                      Deputy Attorney General
                      Civil Litigation Division

                      <u>/s/ Richard S. Love</u>
                      RICHARD S. LOVE   [340455]
                      Chief, Equity I

                      <u>/s/ John D. Dodge</u>
                      JOHN D. DODGE   [451305]
                      Assistant Attorney General
                      Office of the Attorney General

```
                                        for the District of Columbia
                                        441 Fourth Street, N.W.
                                        Sixth Floor South
                                        Washington, D.C. 20001
                                        (202) 724-6627

                                        Counsel for Defendants
```

**FILED:**   June 23, 2006

292051v1