**EXHIBIT A**

**PLAINTIFF'S DEPOSITION SCHEDULE**

| | | |
|---|---|---|
| 1. | LaTonya Miles<br>941 North Capitol Street, N.E.<br>Suite 7200<br>Washington, D.C.  20002<br>(202) 442-4337 | Monday, July 10, 2006 |
| 2. | Raenelle Zapata<br>1253 Girard Street, N.E.<br>Washington, D.C.  20017<br>(202) 529-3837 | Friday, July 14, 2006 |
| 3. | Christina Northern<br>Silver Spring, MD<br>(301) 562-9212 | Friday, July 21, 2006 |
| 4. | James Aldridge<br>Department of Consumer and Regulatory Affairs<br>941 North Capitol Street, N.E.<br>Suite 7200<br>Washington, D.C.  20002 | Friday, July 28, 2006 |
| 5. | Carl Bradford, Esq.<br>941 North Capitol Street, N.E.<br>7th Floor<br>Washington, D.C.  20002<br>(202) 442-4477 | Tuesday, August 1, 2006 |
| 6. | Keith Anderson<br>941 North Capitol Street, N.E.<br>Suite 7200<br>Washington, D.C.  20002<br>(202) 442-4337 | Friday, August 4, 2006 |
| 7. | Douglas P. Mueller<br>Sawyer Property Management<br>9658 Baltimore Avenue<br>Suite 200<br>College Park, MD  20740<br>(301) 479-1600 | Tuesday, August 8, 2006 |

8.     Ronald A. Young     Friday, August 11, 2006
941 North Capitol Street, N.E.
Suite 7200
Washington, D.C. 20002
(202) 442-4337

9.     Jennifer M. Long     Friday, August 18, 2006
941 North Capitol Street, N.E.
Suite 7200
Washington, D.C. 20002
(202) 442-4337

10.     Ruth R. Banks     Friday, August 25, 2006
941 North Capitol Street, N.E.
Suite 7200
Washington, D.C. 20002
(202) 442-4337

Depositions commence at 10:00 a.m. at the offices of Greenstein, DeLorme & Luchs, P.C., 1620 L Street, N.W., Suite 900, Washington, D.C. 20036.

291873v1