UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
RITTENHOUSE, LLC               )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 1:06CV00545
                               )    (JR)
                               )
DISTRICT OF COLUMBIA, et al.,  )
                               )
          Defendants.          )
_____)
```

**SCHEDULING ORDER**

    Upon consideration of the pleadings in this matter to date, it is, by the Court, this ____ day of_____, 2006, hereby ORDERED:

    1.   The parties shall make their Fed.R.Civ.P 26(a)(1) initial disclosures no later than July 1, 2006.

    2.   The parties shall serve all written discovery requests no later than July 1, 2006.

    3.   Responses to all written discovery requests shall be served no later than July 31, 2006.

    4.   All fact depositions shall be completed by no later than August 31, 2006.  Each party shall be permitted to take 10 depositions.  Motion for Protective Order shall be filed within 10 days of receipt of Notice of Deposition.

    5.   Plaintiff's Rule 26(b)(4) Expert Report, if one is prepared, shall be submitted no later than July 15, 2006.

    6.   Defendants' Rule 26(b)(4) Expert Report, if one is prepared, shall be submitted no later than August 15, 2006.

7.  All expert depositions, and all discovery, shall be completed no later than August 31, 2006.

8.  All dispositive motions shall be filed no later than September 15, 2006.

9.  The Pretrial Statement shall be filed no later than September 25, 2006.

10.  The Pretrial Conference has been scheduled for October 6, 2006 at 3:00 p.m.

11.  The Trial has been scheduled for November 20, 2006 at 9:30 a.m.

DATE:_____    _____
                                                      JAMES ROBERTSON
                                                      United States District Judge

Copies to:

GREENSTEIN DELORME & LUCHS, P.C.
Vincent Mark J. Policy
1620 L Street, N.W. #900
Washington, D.C. 20036

John D. Dodge #451305
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

292053v1