UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RITTENHOUSE, LLC,                      :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :  Civil Action No. 06-0545 (JR)
                                       :
DISTRICT OF COLUMBIA, *et al.*,        :
                                       :
        Defendants.                    :

### ORDER

The motion of Rittenhouse Tenants Association, Inc. to set aside default and for leave to file answer and counterclaim [14] is **denied**. Good cause has not been shown for RTA's failure to file a timely answer, and it is not prejudiced by this order, since the underlying complaint makes no claim of wrongdoing by it and seeks no relief against it. For that matter, the proposed "counterclaim" of RTA seeks no relief against the plaintiff, except dismissal. It is accordingly by the Court sua sponte **ORDERED** that Rittenhouse Tenants Association, Inc. is **dismissed** as a party to this case. This order is without prejudice to RTA's right to seek intervention, if it has reason to do so.

                            JAMES ROBERTSON
                        United States District Judge