UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC,<br>          Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>          Defendants. | )<br>)   Civil Action No. 1:06CV00545<br>)                     (JR)<br>)<br>)<br>)<br>) |

PROPOSED ORDER

   Upon Motion of Plaintiff Rittenhouse, LLC for Reconsideration of Order filed June 26, 2006, and any response thereto, the motion is hereby GRANTED.

   The Motion of Rittenhouse Tenants Association Inc. to Set Aside Default and For Leave to File Answer and Counterclaim is denied.  Good cause has not been shown for Rittenhouse Tenants Association Inc.'s failure to file a timely answer.

   The portion of the June 26, 2006 Order dismissing this action against Rittenhouse Tenant's Association Inc. is hereby vacated.

                                          _____
                                          James Robertson
                                          United States District Judge

292440v1

1