**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RITTENHOUSE, LLC, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 06-0545 (JR) |
| | : |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| | : |
|     Defendants. | : |

**ORDER**

    The parties' revised meet and confer statement [15-1] is approved and the scheduling order attached thereto [15-3] is approved and **so ordered**, with the understanding that the defendant may move for a protective order as to the depositions of Commissioners of the D.C. Rental Housing Commission.

                                          JAMES ROBERTSON
                                United States District Judge