**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RITTENHOUSE, LLC,           :
                            :
        Plaintiff,          :
                            :
    v.                      :  Civil Action No. 06-0545 (JR)
                            :
DISTRICT OF COLUMBIA, *et al.*,  :
                            :
        Defendants.         :

### ORDER

The <u>relief</u> prayed for against Rittenhouse Tenants' Association LLC is a declaratory judgment that its actions have violated plaintiff's due process rights, an injunction against such actions, and a generalized demand for compensatory damages. A tenants' association has the right to oppose official action. The only obvious avenue for any of the relief plaintiff seeks against Rittenhouse Tenants' Association would be proof of the "conspiracy" allegation that plaintiff has tossed into its complaint. Such an allegation has serious implications for all parties, raises Rule 11 questions for the plaintiff, and imposes legal defense costs upon the tenants' association. I have tried to make clear my determination that this case not metastasize into expensive, blood-letting litigation. The motion for reconsideration is <u>denied</u>, but without prejudice to plaintiffs' right to amend its complaint, if it has a good faith factual and

legal basis to do so, alleging specific acts of wrongdoing by the tenants' association.

                                        JAMES ROBERTSON
                                   United States District Judge