UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC,           )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br>DISTRICT OF COLUMBIA, *et al*., )<br>                              )<br>        Defendants.           )<br>                              ) | Civil Action No. 1:06CV00545<br>(JR) |

**ORDER**

Upon consideration of the motion of defendants for protective order, the memorandum of points and authorities in support thereof, and any opposition thereto; and it appearing that said motion should be granted; it is by the Court, hereby:

**ORDERED**: That the motion of defendants for protective order be, and the same is, hereby GRANTED; and, it is

**FURTHER ORDERED**: That plaintiff herein is hereby prohibited from conducting the depositions of:

Ruth R. Banks (Chairperson, D.C. Rental Housing Commission),
Ronald A. Young (Commissioner, D.C. Rental Housing Commission),
Jennifer M. Long (prior Commissioner, D.C. Rental Housing Commission),
Keith Anderson (Acting Rent Administrator of the District of Columbia),
Christina Northern (former, Rent Administrator),
Raenelle Zapata (former, Rent Administrator),
Carl Bradford, (Hearing Examiner), and
James Aldridge, (former, Rent Administrator).

**SO ORDERED.**

DATE: _____                    _____
                                              JAMES ROBERTSON
                                              United States District Judge