UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RITTENHOUSE, LLC )<br>)<br>       Plaintiff, )<br>)<br>       v. )<br>)<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>       Defendants. )<br>) | Civil Action No. 1:06CV00545 (JR) |

### ORDER

Upon consideration of the Motion of Defendants for Protective Order, the memorandum of points and authorities in support thereof, and the Opposition thereto, and it appearing that said motion should be denied, it is by the Court, hereby:

**ORDERED:** That the Motion of Defendants for Protective Order be, and the same is, hereby DENIED; and, it is

**FURTHER ORDERED:** That Plaintiff herein is permitted to conduct the depositions upon oral examination of:

    Ruth R. Banks (former Chairperson, D.C. Rental Housing Commission),
    Ronald A. Young (Commissioner, D.C. Rental Housing Commission),
    Jennifer M. Long (former Commissioner, D.C. Rental Housing Commission),
    Keith Anderson (Acting Rent Administrator of the District of Columbia),
    Christina Northern (former Rent Administrator),
    Raenelle Zapata (former Rent Administrator),
    Carl Bradford (Hearing Examiner), and
    James Aldridge (former Rent Administrator); and it is

**FURTHER ORDERED:** That the scope of inquiry shall be limited to questions of historical fact and shall not delve into the mental processes and reasoning of the deponents in making their decisions on the merits of the Capital Improvement Petition in this case.

DATE:_____          _____
                                      JAMES ROBERTSON
                                      United States District Judge

Copies to:

Vincent Mark J. Policy, Esq.
GREENSTEIN DELORME & LUCHS, P.C.
1620 L Street, N.W. #900
Washington, D.C. 20036

John D. Dodge, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

293456v1