IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:06CV00545 |
| | ) (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, <u>et al</u>., | ) |
| | ) |
| | ) |
| Defendants. | ) |

SUPPLEMENTAL MEMORANDUM OF PLAINTIFF RITTENHOUSE, LLC
ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER

On July 31, 2006, Defendants filed a Motion for a
Protective Order with respect to the depositions upon oral
examination noticed by Plaintiff Rittenhouse, LLC of Carl
Bradford (scheduled for August 1), Keith Anderson (scheduled for
August 4), Ronald A. Young (scheduled for August 11), and
Jennifer M. Long (scheduled for August 24). On July 26, 2006
each of these individuals was served with a Subpoena requiring
their attendance at the respective depositions.

The requested protective order has not been issued.
Nonetheless, on Monday, July 31, 2006, counsel for Defendants
advised undersigned counsel for Plaintiff that Defendants refuse
to allow Mr. Bradford to appear for his August 1 deposition and
that they will likewise refuse to allow the depositions of Mr.
Young, Ms. Long and Mr. Anderson.

Plaintiff Rittenhouse, LLC desires to bring the foregoing
to the attention of the Court, given the August 31, 2006

deadline for discovery.  Additionally, given the pending Motion for Protective Order, Plaintiff Rittenhouse, LLC has not further burdened this Court by filing a Motion to Compel.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

DATED:  August 1, 2006         _____/s/ Vincent Mark J. Policy____
                               Vincent Mark J. Policy, #204701
                               Richard W. Luchs, #243931
                               M. Ryan Jenness, #479076
                               1620 L Street, N.W., Suite 900
                               Washington, D.C. 20036
                               Telephone:  (202) 452-1400

                               Attorneys for Plaintiff
                               Rittenhouse, LLC

294410v1