IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:06CV00545 |
| | ) (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

SUPPLEMENTAL MEMORANDUM OF PLAINTIFF RITTENHOUSE, LLC
ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER

With respect to the Supplemental Memorandum of Plaintiff Rittenhouse, LLC, filed August 1, 2006, on Defendants' Motion for Protective Order, please note that the correct filing date of Defendants' Motion for Protective Order was July 14, 2006 (not July 31, 2006).

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

DATED: August 1, 2006        /s/ Vincent Mark J. Policy
Vincent Mark J. Policy, #204701
Richard W. Luchs, #243931
M. Ryan Jenness, #479076
1620 L Street, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 452-1400

Attorneys for Plaintiff
Rittenhouse, LLC

294410v1