IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:06CV00545 |
| | ) (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS
AND PRETRIAL STATEMENT AND TO RESCHEDULE PRETRIAL CONFERENCE

    Defendants and Plaintiff hereby jointly move that the Court extend the time for them to respectively file dispositive motions and the Pretrial Statement, and that the Pretrial Conference be correspondingly rescheduled. The proposed schedule and the grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities.

    Respectfully submitted,

    GREENSTEIN DELORME & LUCHS, P.C.

DATED: September 12, 2006      /s/ Vincent Mark J. Policy
Vincent Mark J. Policy, #204701
Richard W. Luchs, #243931
M. Ryan Jenness, #479076
1620 L Street, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 452-1400
Facsimile: (202) 452-1410
Email: vmp@gdllaw.com

Counsel for Plaintiff Rittenhouse, LLC

ROBERT J. SPAGNOLETTI
Attorney General for the District
of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_\_\_/s/ Richard S. Love_____
RICHARD S. LOVE [340455]
Chief, Equity I

\_\_\_/s/ John D. Dodge_____
JOHN D. DODGE [451305]
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6627

Counsel for Defendants

297430v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:06CV00545 |
| ) | (JR) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS AND
PRETRIAL STATEMENT AND TO RESCHEDULE PRETRIAL CONFERENCE

Defendants and Plaintiff hereby submit this Memorandum of Points and Authorities in Support of their Consent Motion for Extension of Time to File Dispositive Motions and Pretrial Statement and to Reschedule Pretrial Conference.

Local Civil Rule 16.4(a) and FRCP 16(b) empower this Court to modify the Scheduling Order in this case at any time upon showing of good cause.

The schedule previously imposed by this Court (Order entered June 30, 2006), insofar as here relevant, is as follows:

Deadline for Filing Dispositive motions – 9/15/06

Deadline for Filing Pretrial Statement – 9/25/06

Pretrial Conference – 10/6/06 at 3:00 p.m.

Trial – 11/20/06 at 9:30 a.m.

The parties do not propose to change the Trial date.

3

However, Defendants' counsel is intensively preparing for a complex case before this Court which is to go to trial the first week in October, 2006 , <u>Joy Evans, et al., and</u> <u>United States of America v. Anthony Williams</u>, <u>et</u> <u>al</u>., Civil Action No. 76-293 (ESH).  Plaintiffs in that case seek the appointment of a receiver to manage the District's Mental Retardation and Developmental Disabilities Administration, an issue that involves a lengthy record with over 800 exhibits submitted in support of plaintiffs' request.  Defendants' counsel has devoted a very large percentage of his time thus far to that case, and it will be necessary for him to continue to do so in the coming weeks.

Additionally, Plaintiff Rittenhouse, LLC and the Defendants are exploring a means of settling this matter; however, coordination among the several District of Columbia agencies involved requires further time.

Accordingly, the parties request the following extended deadlines in the above-captioned case:

Deadline for filing Dispositive Motions – 10/16/06

Deadline for filing Pretrial Statement – 10/24/06

Pretrial Conference – 11/6/06, time to be set by the Court.

The Trial date would remain 11/20/06 at 9:30 a.m., as previously scheduled.

Plaintiff Rittenhouse, LLC agrees to the foregoing extension and both parties request that it be granted.

                              Respectfully submitted,

```
                                     GREENSTEIN DELORME & LUCHS, P.C.


DATED:  September 12, 2006              /s/ Vincent Mark J. Policy___
                                     Vincent Mark J. Policy, #204701
                                     Richard W. Luchs, #243931
                                     M. Ryan Jenness, #479076
                                     1620 L Street, N.W., Suite 900
                                     Washington, D.C. 20036
                                     Telephone:  (202) 452-1400
                                     Facsimile:  (202) 452-1410
                                     Email:  vmp@gdllaw.com

                                     Counsel for Plaintiff Rittenhouse, LLC

                                     ROBERT J. SPAGNOLETTI
                                     Attorney General for the District
                                     of Columbia

                                     GEORGE C. VALENTINE
                                     Deputy Attorney General
                                     Civil Litigation Division

                                        /s/ Richard S. Love_____
                                     RICHARD S. LOVE [340455]
                                     Chief, Equity I

                                       /s/ John D. Dodge_____
                                     JOHN D. DODGE [451305]
                                     Assistant Attorney General
                                     Office of the Attorney General
                                     for the District of Columbia
                                     441 Fourth Street, N.W.
                                     Sixth Floor South
                                     Washington, D.C.  20001
                                     (202) 724-6627

                                     Counsel for Defendants
297503v1
```