IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:06CV00545 |
| | ) (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the Consent Motion for Extension of Time, the Memorandum of Points and Authorities in Support thereof, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED that the Schedule is revised as follows:

Deadline for Filing Dispositive Motions – 10/16/06

Deadline for Filing Pretrial Statement – 10/24/06

Pretrial Conference – 11/6/06 at _____.

Trial in this matter remains scheduled, as previously ordered, for November 20, 2006 at 9:30 a.m.

DATE:_____    _____
                                  JAMES ROBERTSON
                                  United States District Judge

Copies to:

Vincent Mark J. Policy, Esq.
GREENSTEIN DELORME & LUCHS, P.C.
1620 L Street, N.W. #900
Washington, D.C. 20036

John D. Dodge, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

1