IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITTENHOUSE, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:06CV00545 |
| | ) (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

Plaintiff Rittenhouse, LLC and Defendants District of Columbia, et al, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a) that the above-captioned action is dismissed.

The dismissal of this action is not an adjudication on the merits and shall have no res judicata, collateral estoppel or other effect of any kind on Rittenhouse, LLC in or with respect to the administrative proceeding captioned Rittenhouse, LLC v. Tenants of Rittenhouse Apartments, CI 20,755 or in or with respect to any administrative or judicial appeal by Rittenhouse, LLC therein (the "Capital Improvement Petition Proceeding").

DATED: October 18, 2006

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

By:   /s/ Vincent Mark J. Policy
    Vincent Mark J. Policy, Esq.
    D.C. Bar No. 204701
    Greenstein DeLorme & Luchs, P.C.
    1620 L Street, N.W., Suite 900
    Washington, D.C.  20036

    Counsel for Plaintiff Rittenhouse, LLC

<u>DISTRICT</u>

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE
Chief, Equity 1 Section

 /s/ John D. Dodge
_____
JOHN D. DODGE
D.C. Bar No. 451305
Assistant Attorney General
Office of the Attorney General
Equity 1 Section
441 Fourth Street, N.W., 6th Floor
  South
Washington, D.C. 20001

Counsel for Defendants

299725v1